■ THE PEOPLE OF THE STATE OF NEW YORK v. STANLEY GOULD.— Order of this court entered on July 2, 1963 modified to the extent of deleting there-

from Anthony F. Marra, Esq., and by substituting therefor Eric P. Sullivan, Esq., of 52 Vanderbilt Avenue, New York, N. Y. to prosecute defendant's appeal. The time within which appellant shall perfect the appeal is enlarged until 120 days from the date of the order entered herein (see Code Crim. Pro., § 535). Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.